**Electronically Filed**
**Supreme Court**
**SCWC-16-0000800**
**27-APR-2017**
**08:58 AM**

SCWC-16-0000800

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, By Its Office of Consumer Protection,
Respondent/Plaintiff-Appellee,

vs.

DEBORAH ANN HOKULANI JOSHUA,
Petitioner/Defendant-Appellant,

and

RONALD R. RABANG and MATTHEW G. AIELLO,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000800; CIVIL NO. 08-1-1-0240)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Pollack, and Wilson, JJ., and
Nakayama, J., dissenting, with whom Recktenwald, C.J., joins)

The application for writ of certiorari, filed on March 14, 2017, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held, subject to further order of this court. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaii Rules of Appellate Procedure, move for retention of oral argument.

IT IS FINALLY ORDERED that the clerk of the appellate court shall provide petitioner with information about the Hawaiʻi Appellate Pro Bono Program for possible representation solely as to this certiorari proceeding.

DATED:  Honolulu, Hawaiʻi, April 27, 2017.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

